**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

                                  **Case Number 2:25-cr-27**

     **v.**                               **Judge Edmund A. Sargus, Jr.**

**THOMAS TARBAY,**

     **Defendant.**

## ORDER

This matter is before the Court on Defendant Thomas Tarbay's Motion to Travel (ECF No. 40) and his Second Motion to Alter Judgment, Motion to Modify Conditions of Release. (ECF No. 47). In October 2025, Mr. Tarbay filed a Motion to Travel requesting a modification of his supervised release conditions that would allow him to travel domestically for work purposes. (ECF No. 40.) The Government opposed the Motion, citing Mr. Tarbay's Probation Officer's concerns with the request. (ECF No. 41.) The Court held a hearing in which it decided to hold the Motion in abeyance and scheduled another hearing for September 10, 2026. (ECF Nos. 44, 45.)

In July 2026, Mr. Tarbay filed a Second Motion to Alter Judgment, Motion to Modify Conditions of Release. (ECF No. 47.) He explains that most of his clients are located in Texas and requests permission to travel to Texas only. (*Id.* PageID 184–85.) He states that he worked with his Probation Officer to tailor his request and will keep the Probation Officer informed of his work travels. (*Id.*) The Government informed the Court that it does not oppose this modified request.

Accordingly, (ECF No. 47) Defendant Thomas Tarbay's Second Motion to Alter Judgment, Motion to Modify Conditions of Release is **GRANTED**. Additionally, (ECF No. 40) Defendant Thomas Tarbay's Motion to Travel is **DENIED as moot** and (ECF No. 45) the Motion

Hearing scheduled for September 10, 2026, is **VACATED**. All other terms and conditions outlined in the Judgment and Commitment Order issued on August 29, 2025, shall remain in full force as previously imposed. (ECF No. 38.)

      **IT IS SO ORDERED.**

**7/26/2026**                                      **s/Edmund A. Sargus, Jr.**
**DATE**                                                     **EDMUND A. SARGUS, JR.**
                                                     **UNITED STATES DISTRICT JUDGE**